1

2

3

4

5

6

7

8               **IN THE UNITED STATES DISTRICT COURT**

9               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   RAGHVENDRA SINGH,                          No.  2:22-CV-0634-DMC-P

12                   Plaintiff,

13           v.                                  ORDER

14   COUNTY OF SACRAMENTO, et al.,

15                   Defendants.

16

17           Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion to proceed in forma pauperis.

19   See ECF No. 2. Plaintiff has submitted a declaration that makes the showing required by 28

20   U.S.C. § 1915(a).  Plaintiff's request to proceed in forma pauperis is, therefore, granted.

21           The sufficiency of Plaintiff's complaint and service thereof will be addressed

22   separately.

23           IT IS SO ORDERED.

24   Dated:  May 2, 2022

25                                              _____

26                                              DENNIS M. COTA
                                                UNITED STATES MAGISTRATE JUDGE

27

28

                                                1