UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHVENDRA SINGH,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF SACRAMENTO, et al,<br><br>    Defendants. | No.  2: 22-cv-0634 DMC P |
| RAGHVENDRA SINGH,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>    Defendants. | No.  2: 23-cv-0055 CKD P |
| RAGHVENDRA SINGH,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>    Defendants. | No.  2: 23-cv-0056 KJN P<br><br><br>ORDER |

/ / /

/ / /

1

1    Plaintiff is a state prisoner proceeding pro se.  Examination of the above-entitled actions
reveals that these cases are related within the meaning of Local Rule 123(a).  The actions involve
the same property, transaction or event and similar questions of fact and the same question of law.
Accordingly, assignment of the matters to the same judge is likely to effect a substantial saving of
judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the
result that the actions are assigned to the same judge; no consolidation of the actions is effected.
Under the regular practice of this court, related cases are generally assigned to the judge and
magistrate judge to whom the first filed action was assigned.

Therefore, IT IS ORDERED that the actions denominated as 2: 23-cv-0055 and 2: 23-cv-
0056 are reassigned to Magistrate Judge Cota for all further proceedings, and any dates currently
set in the reassigned cases only are hereby VACATED.  Henceforth, the caption on documents
filed in the reassigned cases shall be shown as No. 2: 23-cv-0055 DMC P and No. 2: 23-cv-0056
DMC P.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in
the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  April 20, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2