1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAGHVENDRA SINGH,                          No.  2:22-cv-00634-DC-DMC (PC)

12              Plaintiff,

13        v.                                     ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS
14   COUNTY OF SACRAMENTO, et al.,
                                                 (Doc. No. 29)
15              Defendants.

16

17        Plaintiff, a former state prisoner proceeding *pro se*, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to the

19   Eastern District of California's local rules.

20        On May 27, 2025, the assigned magistrate judge issued findings and recommendations

21   herein, which were served on the parties, and which contained notice that the parties may file

22   objections within the time specified therein. (Doc. No. 29 at 6.) On June 6, 2025, Plaintiff filed

23   timely objections to the findings and recommendations. (Doc. No. 30.) However, Plaintiff's

24   objections do not provide a basis upon which to reject the magistrate judge's findings and

25   recommendations.

26        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this

27   Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

28   Court finds the findings and recommendations to be supported by the record and by proper

1

1   analysis.

2       Accordingly, IT IS HEREBY ORDERED as follows:

3       1.    The findings and recommendations, filed May 27, 2025 (Doc. No. 29), are

4           ADOPTED in full;

5       2.    This action is dismissed without prejudice; and

6       3.    The Clerk of the Court is directed to close this case.

7

8       IT IS SO ORDERED.

9   Dated:   **September 29, 2025**                       _____

10                             Dena Coggins
                              United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28